UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANDREA DUNCAN,

      Plaintiff,

  v.

TRANSUNION LLC,

      Defendant.

Case No. 2:25-cv-02054-EJY

**ORDER**

This case commenced on October 22, 2025.  ECF No. 1.  The Court screened Plaintiff's application to proceed *in forma pauperis* ("IFP") and Complaint issuing an Order on December 11, 2025.  ECF No. 6.  The Court granted Plaintiff's IFP application, but dismissed her Complaint without prejudice and with leave to amend.  *Id*.  The Court gave Plaintiff through and including January 12, 2026 to file an amended complaint.  *Id*.  The Court explained that if Plaintiff failed to timely file an amended complaint it would dismiss this action in its entirety.  *Id*.  As of the date of this Order, Plaintiff has not filed an amended complaint; nor has she otherwise communicated with the Court.

Accordingly, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that the Court accept no further filings in this case.

DATED this 21st day of January, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1